**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01630-LTB

ANDRE BARTON,

    Plaintiff,

v.

WESTMINSTER PAROLE, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion (ECF No. 18) filed November 4, 2015, is DENIED because Plaintiff fails to provide a clear statement that demonstrates he is entitled to any relief.

Dated:   November 5, 2015