# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01630-LTB

ANDRE BARTON,

    Plaintiff,

v.

WESTMINSTER PAROLE, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motion (ECF No. 22) filed by Plaintiff on November 23, 2015.  The motion is DENIED to the extent Plaintiff may be seeking some sort of relief in this action because he fails to provide a clear and intelligible statement that demonstrates he is entitled to any relief.

Dated:   November 24, 2015