**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01630-LTB

ANDRE BARTON,

    Plaintiff,

v.

WESTMINSTER PAROLE, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The "Motion to Settlement" (ECF No. 47) filed by Plaintiff on March 21, 2016, is DENIED because the instant action was dismissed by order filed on October 26, 2015, and Plaintiff makes no argument relevant to the reason the action was dismissed.

Dated:   March 22, 2016